1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  DAMALI A. TAYLOR (CABN 262489)
   MARC PRICE WOLF (CABN 254495)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       marc.wolf@usdoj.gov

9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 13-0794 WHA |
|---|---|---|
| v. | ) | |
| | ) | STIPULATION RE SENTENCING AND |
| SAMUEL TEWOLDE, | ) | JUDGMENT |
| Defendant. | ) | |

After the sentencing of defendant Samuel Tewolde on April 28, 2015, the government did not orally move to dismiss the open charges against Mr. Tewolde. The government hereby moves and the parties stipulate to dismiss Counts Two and Three of the Indictment against Mr. Tewolde.

The parties and probation have no objection to having these changes be reflected in the judgment.

//
//
//
//
//
//

STIPULATION RE SENTENCING AND JUDGMENT
CR 13-0794 WHA                                1

IT IS SO STIPULATED.

DATED: April 30, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MARC PRICE WOLF
DAMALI TAYLOR
Assistant United States Attorneys

/s/
DORON WEINBERG
Attorney for Defendant Samuel Tewolde

IT IS SO ORDERED.

DATE:  May 5, 2015.

WILLIAM ALSUP
United States District Judge

STIPULATION RE SENTENCING AND JUDGMENT
CR 13-0794 WHA                                        2