IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>SAMUEL TEWOLDE,<br><br>            Defendant. | No.  CR 13-00794-006 WHA<br><br>[PROPOSED] ORDER HOLDING IN ABEYANCE 28 U.S.C. § 2255 MOTION |

   For good cause shown, the pending Motion under 28 U.S.C. § 2255 filed by SAMUEL TEWOLDE on June 23, 2016 (DKT 334) shall be held in abeyance for 60 days from the date of this order.  Defense counsel shall either request that the stay be lifted or withdraw the Motion.

   IT IS SO ORDERED.

   _June 30, 2016._
   DATED

   _____
   William N. Alsup
   United States District Judge

NO. CR 13-00794 WHA
 [PROPOSED] ORDER HOLDING IN ABEYANCE 28 U.S.C. § 2255 MOTION